

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2019

No. 04-19-00125-CV

**EX PARTE A.X.L. JR., A CHILD**,

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2019FLK00214D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Neither the clerk's nor reporter's records have been filed in this appeal.

On March 6, 2019, Appellant filed a notice of appeal complaining of the trial court's February 12, 2019 order. On March 8, 2019, Appellant filed an Affidavit of Indigency which provides some information about Appellant's financial circumstances. The affidavit also states that Appellant is "unable to pay the fees for my attorney" but does not affirmatively state Appellant is unable to afford payment of court costs.

We ORDER Appellant Lyzette Holman to file in this court a Statement of Inability to Afford Payment of Court Costs within TEN DAYS of the date of this order. *See* TEX. R. APP. P. 20.1(c); TEX. R. CIV. P. 145(b), (e). A copy of the statement is attached.

We respectfully advise the Webb County District Clerk and court reporter that, to require Appellant to pay costs notwithstanding a properly filed statement, the movant must file a motion that complies with Rule 145(f). *See* TEX. R. CIV. P. 145(f)(1) (district clerk); *id.* R. 145(f)(3) (court reporter). A notice of late record does not meet Rule 145(f)'s requirements.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court